IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAHEE ABD' RASHEED
aka JAMES SMITH,

       Petitioner,                  No. CIV S-10-0192 GGH P

  vs.

J. WALKER, Warden,

       Respondent.               ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed a document entitled "28 U.S.C. § 1651(a) (All Writs Act....)", which the court will liberally construe as an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] Petitioner has not filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a).

       Petitioner's filing is somewhat difficult to unravel. Petitioner claims to be falsely imprisoned in violation of Cal. Penal Code §§ 1382, 1182, 1170.12 A-D and the Sixth and Fourteenth Amendments. Petition, p. 1. Within his petition, he appears to be challenging the same San Mateo County conviction that he has, apparently successively, been attacking since at

---

[1] Although this application was filed on January 25, 2010, due to a Clerk's Office docketing error, it has just come to this court's attention.

1

1    least 2004.  The court takes judicial notice[2] of two Fresno Division cases, Case No. CIV-S-04-
2    5352 AWI DLB and Case No. CIV-06-1040 AWI SMS, both of which were transferred to
3    Northern District which encompasses the San Mateo County Superior Court.
4         While both this Court and the United States District Court in the district where
5    petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S.
6    484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's
7    application are more readily available in San Mateo County.  Id. at 499 n.15; 28 U.S.C.
8    § 2241(d).[3]
9         Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:
10        1.  Petitioner's application to proceed in forma pauperis has not been filed; and
11        2.  This matter is transferred to the United States District Court for the Northern
12   District of California.
13   DATED: May 27, 2010

                                    /s/ Gregory G. Hollows
                                    _____
                                    GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

GGH:009/mp
rash0192.108

---

[2] Judicial notice may be taken of court records. Valerio v. Boise Cascade Corp., 80 F.R.D. 626, 635 n.1 (N.D. Cal. 1978), aff'd, 645 F.2d 699 (9th Cir.), cert. denied, 454 U.S. 1126 (1981).

[3] Nevertheless, on the face of it, this application appears, at a minimum, to be a second successive petition for which petitioner must first seek authorization by the Ninth Circuit before proceeding.  See 28 U.S.C. 2244(b)(3); Rule 9, Rules Governing Section 2254 Cases.